

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE

Appellate case name:  Charles Ronald Wade v. Harris County

Appellate case number:  01-15-00155-CV

Trial court case number:  2011-69056

Trial court:  295th District Court of Harris County

The Court's records indicate that the notice of appeal on the merits of the underlying case may not have been timely filed. *See* TEX. R. APP. P. 26.1 (requiring notice of appeal to be filed within thirty days after judgment is signed or within ninety days if timely motion for new trial is filed or within six months after judgment is signed for restricted appeal); TEX. R. CIV. P. 329b(a) (requiring motion for new trial to be filed within thirty days after judgment is signed). Accordingly, the Court has directed me to notify you that the Court may dismiss this appeal for want of jurisdiction unless you file a written response to this notice, providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law to show that this Court has jurisdiction over the appeal. *See* TEX. R. APP. P. 42.3(a).

Any response must be filed **within 10 days** of the date of this notice. You must respond in writing even if you have previously claimed your notice of appeal was timely filed.

If a meritorious response is not received in the form described above by the deadline, the Court may dismiss the appeal for want of jurisdiction without further notice.

Clerk's signature:  _____

Date:  May 14, 2015